UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE TORRES,

    Plaintiff,

v.                                                                 Case No. 6:23-cv-1691-RBD-RMN

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security disability benefits appeal, the Court reversed Defendant Commissioner's decision, awarded Plaintiff benefits, and granted him attorney's fees and costs under the Equal Access to Justice Act. (Docs. 31, 32, 46, 51.) Plaintiff's attorney, Nathaniel Herber, Esq., now moves for the Court to award him additional fees pursuant to 42 U.S.C. § 406(b) and his fee arrangement with Plaintiff. (Doc. 52.) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the motion and award Attorney Herber $2,445.77 in fees to be collected from Plaintiff. (Doc. 53 ("R&R").) The time has passed and there are no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 53) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Attorney Herber's motion (Doc. 52) is **GRANTED**, and he is **AUTHORIZED** to charge and collect from Plaintiff $2,445.77 in fees.

3. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 9, 2025.

ROY B. DALTON, JR.
United States District Judge