**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JORGE TORRES,

    Plaintiff,

v.                                                              Case No. 6:23-cv-1691-RBD-RMN

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

**ORDER**

    In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Docs. 31, 32.) Plaintiff's counsel then moved for an award of attorney's fees under 42 U.S.C. § 406(b)(1), which motion Defendant did not oppose. (Doc. 56.) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 58 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

    Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 58) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's counsel's motion (Doc. 56) is **GRANTED**.

3. Plaintiff's counsel is **AUTHORIZED** to charge and collect $16,448.50 from Plaintiff in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 14, 2026.

ROY B. DALTON, JR.
United States District Judge